# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | SA CV 25-00428-DFM | Date: | May 2, 2025 |
|---|---|---|---|
| Title | Yong Hee Jo v. Ford Motor Company et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge | |
|---|---|---|
| Nancy Boehme | | Court Reporter |
| Deputy Clerk | | Not Present |
| Attorney(s) for Plaintiff(s): | | Attorney(s) for Defendant(s): |
| Not Present | | Not Present |

| Proceedings: | (IN CHAMBERS) Order to Show Cause |
|---|---|

On March 21, 2025, the Court issued an Order Setting Rule 26(f) Scheduling Conference, which stated that "[t]he Joint Rule 26(f) Report shall be filed no later than fourteen (14) days before the scheduling conference." Dkt. 6. It is now fewer than fourteen days before the Scheduling Conference set for May 13, 2025, and no Joint 26(f) Report has been filed.

It is Plaintiff's responsibility to move this case toward completion. **Accordingly, Plaintiff is ordered to show cause in writing no later than May 9, 2025, why this action should not be dismissed for lack of prosecution and for failure to file a joint report under Rule 26(f).** As an alternative to a written response by Plaintiff, the Court will consider an appropriate response to this Order the filing of the parties' Joint Rule 26(f) Report on or before the above date. Failure to file a timely and appropriate response to this Order may result in dismissal by the court.

The Scheduling Conference remains on calendar for May 13, 2025 at 10:00 a.m.