1  David D. Lee, Esq., SBN 318212
   **PROVERBS 31:8 LAW, PC**
2  6940 Beach Blvd., Suite D-606
   Buena Park, CA 90621
3  Telephone: (213) 210-3651
   dLee@proverbs318Law.com
4
   Attorneys for Plaintiff
5  **YONG HEE JO**

6

7

8

9

10

11

12

13                UNITED STATES DISTRICT COURT

14                CENTRAL DISTRICT OF CALIFORNIA

15

16

17

| | |
|---|---|
| 18  YONG HEE JO, an individual, | **Case No. 8:25-cv00428 DFM** |
| 19           Plaintiff, | **NOTICE OF SETTLEMENT** |
| 20        v. | |
| 21  FORD MOTOR COMPANY, a Delaware Corporation; and Does 1-50, inclusive, | Complaint Filed:   January 27, 2025 |
| 22 | |
| 23           Defendants. | |

24

25

26

27

28

- 1 -
NOTICE OF SETTLEMENT

**To the clerk of the Court and to all parties and their counsel of record:**

Please take notice, pursuant to Central District Local Rule 16-15.7, that the parties have reached a settlement resolving the entire case. Pending the occurrence of certain conditions precedent, the parties expect to file a notice of dismissal no later than October 31, 2025.

Dated: July 31, 2025                    PROVERBS 31:8 LAW, PC

                                        By: */s/ David D. Lee*
                                           DAVID D. LEE, ESQ.
                                           Attorneys for Plaintiff
                                           **Yong Hee Jo**