JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| YONG HEE JO, <br><br> Plaintiff, <br><br> v. <br><br> FORD MOTOR COMPANY, et al. <br><br> Defendant(s). | No. SA CV 25-00428-DFM <br><br> ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND REQUIRING FILING OF DISMISSAL |

On July 31, 2025, Plaintiff filed a Notice of Settlement, indicating that the parties have reached a settlement and stating that dispositional documents will be filed. See Dkt. 11. Accordingly, the Court hereby orders all proceedings in this case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause within **sixty (60) days**, to reopen the action if settlement is not consummated.

The parties shall file a stipulation for dismissal no later than **October 31, 2025**. If no dismissal is filed, the Court will deem the matter dismissed at that time.

      The Court retains full jurisdiction over this action, and this order shall not prejudice any party in the action.

Date: August 4, 2025

                                                    DOUGLAS F. McCORMICK
                                                    United States Magistrate Judge